PER CURIAM.
Affirmed. See Musso v. American Lumbermen’s Mutual Cas. Co., 14 Misc.2d 450, 178 N.Y.S.2d 377 (1958); Howell v. John Hancock Mutual Life Insurance Co., 286 N.Y. 179, 36 N.E.2d 102 (1941), as to *803 Point I-A on appeal. See Novick v. Commercial Travelers Mutual Accident Association of America, 203 Misc. 830, 118 N.Y.S.2d 533 (1953); Scanlan v. Metropolitan Life Insurance Co., 93 F.2d 942 (7th Cir. 1937), as to. point I-B on appeal. See Scanlan v. Metropolitan Life Insurance Co., supra, Silverstein v. Metropolitan Life Insurance Co., 254 N.Y. 81, 171 N.E. 914 (1930), as to Point II on appeal.